

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,204-01

### EX PARTE WHITNEY ASHTON SKIPPER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 10613-1 IN THE 82ND DISTRICT COURT
### FROM FALLS COUNTY

*Per curiam*.

## O P I N I O N

Applicant pleaded guilty to abandoning or endangering a child and was sentenced to seven years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. The application for habeas corpus is non-compliant. However, because this Court has determined that Applicant is entitled to relief, the Court will not dismiss the application. *Ex parte Golden*, 991 S.W.2d 859 (Tex. Crim. App. 1999).

Applicant contends that her sentence is illegal and counsel was ineffective for failing to challenge the illegal sentence. Based on the record, the trial court has determined that the sentence imposed exceeded the statutory range of punishment for the offense alleged in the indictment. We

agree.

Relief is granted. *Ex parte Rich*, 194 S.W.3d, 508, 511 (Tex. Crim. App. 2006). The sentence in cause number 10613 in the 82nd District Court of Falls County is set aside, and Applicant is remanded to the custody of the Sheriff of Falls County for a new punishment hearing. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: November 10, 2021
Do not publish